```
                           United States Bankruptcy Court
                              Middle District of Florida
In re:                                                                  Case No. 19-08700-FMD
Arlene Jeanette Delgado                                                 Chapter 7
           Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-9             User: pbrenton              Page 1 of 2              Date Rcvd: Dec 18, 2019
                                 Form ID: B318               Total Noticed: 24
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db          +Arlene Jeanette Delgado,    221 Idleview Avenue,   Lehigh Acres, FL 33936-7013
28495455    +AODELIZ VALENTIN,    221 IDLEVIEW AVENUE,   LEHIGH ACRES, FL 33936-7013
28495459    +EQUIFAX CREDIT INFORMATION,    SERVICES, INC.,   P.O. BOX 740241,   ATLANTA, GA 30374-0241
28495460    +ERIC YOK,   113 RESERVOIR AVENUE,   PROVIDENCE, RI 02907-3401
28495461    +EXPERIAN,   475 ANTON BOULEVARD,   COSTA MESA, CA 92626-7037
28495462    +FRANK J MANNI,    1405 PLAINFIELD STREET,   JOHNSTON, RI 02919-6807
28495470    +PETER ROBERTS & ASSOCIATES,    219 EAST MAIN ST,   MILFORD, MA 01757-2823
28495473    +TRANSUNION CONSUMER SOLUTION,    P.O. BOX 2000,   CHESTER, PA 19016-2000
28495474    +US ATTORNEY GENERAL,    950 PENNSYLVANIA AVE NW,   WASHINGTON, DC 20530-0009
28495475    +US ATTORNEY'S OFFICE MD FLA,    400 N TAMPA ST STE 3200,   TAMPA, FL 33602-4774
28495477    +WAKEFIELD & ASSOCIATES,    7005 MIDDLEBROOK PIKE,   KNOXVILLE, TN 37909-1156
28495476    +WAKEFIELD & ASSOCIATES,    ATTN: BANKRUPTCY,   7005 MIDDLEBROOK PIKE,
              KNOXVILLE, TN 37909-1156
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
28495456     +Fax: 602-659-2196 Dec 19 2019 00:40:33      CHEXSYSTEMS,   CONSUMER RELATION,
              7805 HUDSON RD STE 100,   WOODBURY, MN 55125-1595
28495457     +EDI: CCS.COM Dec 19 2019 04:58:00      CREDIT COLLECTION SERVICES,    ATTN: BANKRUPTCY,
              725 CANTON ST,   NORWOOD, MA 02062-2679
28495458     +EDI: CCS.COM Dec 19 2019 04:58:00      CREDIT COLLECTION SERVICES,    PO BOX 607,
              NORWOOD, MA 02062-0607
28495464     +EDI: IIC9.COM Dec 19 2019 04:58:00      I C SYSTEM INC,   PO BOX 64378,
              SAINT PAUL, MN 55164-0378
28495463     +EDI: IIC9.COM Dec 19 2019 04:58:00      I C SYSTEM INC,   ATTN: BANKRUPTCY,   PO BOX 64378,
              ST PAUL, MN 55164-0378
28495465      EDI: IRS.COM Dec 19 2019 04:58:00      INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OP,
              PO BOX 7346,   PHILADELPHIA, PA 19101-7346
28495466     +E-mail/Text: srivera@jnacollect.com Dec 19 2019 00:18:25      JONATHAN NEIL & ASSOC. INC,
              ATTN: JEFF ADAMS,   18321 VENTURA BLVD - #1000,   TARZANA, CA 91356-4255
28495468     +E-mail/Text: cedwards@ncsplus.com Dec 19 2019 00:18:12      NCSPLUS INCORPORATED,
              117 E 24TH ST,   NEW YORK, NY 10010-2919
28495467     +E-mail/Text: cedwards@ncsplus.com Dec 19 2019 00:18:12      NCSPLUS INCORPORATED,
              ATTN: BANKRUPTCY,   117 EAST 24TH STREET, 5TH FLOOR,   NEW YORK, NY 10010-2937
28495469     +E-mail/Text: bankruptcy@pracollect.com Dec 19 2019 00:19:00      PETER ROBERTS & ASSOCIATES,
              ATTN: BANKRUPTCY,   231 E MAIN STREET, SUITE 201,   MILFORD, MA 01757-2821
28495472      EDI: PRA.COM Dec 19 2019 04:58:00      PORTFOLIO RECOVERY,   150 CORPORATE BLVD,
              NORFOLK, VA 23502
28495471      EDI: PRA.COM Dec 19 2019 04:58:00      PORTFOLIO RECOVERY,   ATTN: BANKRUPTCY,
              120 CORPORATE BLVD,   NORFOLD, VA 23502
                                                                                               TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
          David   Lampley    on behalf of Debtor Arlene Jeanette Delgado dlampley@dellutrilawgroup.com,
           TheDellutriLawGroup@jubileebk.net;dfineman@dellutrilawgroup.com;ign.dellutrilawgroup.com@gmail.co
           m;R41982@notify.bestcase.com
          Luis E Rivera, II    trustee.rivera@gray-robinson.com,
           lrivera@ecf.axosfs.com;jodi.payne@gray-robinson.com;ecf.alert+Rivera@titlexi.com
          United States Trustee - FTM7/13    USTPRegion21.TP.ECF@USDOJ.GOV
```

```
District/off: 113A-9           User: pbrenton              Page 2 of 2                    Date Rcvd: Dec 18, 2019
                               Form ID: B318              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                        TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Arlene Jeanette Delgado** | Social Security number or ITIN   **xxx–xx–8474** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **9:19–bk–08700–FMD** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Arlene Jeanette Delgado
  aka Arlene J. Delgado, aka Arlene Delgado

  -

  Dated: December 18, 2019

  _Caryl E. Delano_
  _United States Bankruptcy Judge_

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**